FORM B104 (08/07)                                                                    2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS William Morante, Leah Morante | DEFENDANTS Select Portfolio Servicing, Inc. |
|---|---|

| ATTORNEYS (Firm Name, Address, and Telephone No.) Todd B. Becker SBN 127567; James Rees SBN 59897 Law Offices of Todd B. Becker; 3750 E. Anaheim St, #100 Long Beach, CA 90804 (562) 495-1500 | ATTORNEYS (If Known) |
|---|---|

| PARTY (Check One Box Only) ☑ Debtor    ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor  ☐ Other ☐ Trustee | PARTY (Check One Box Only) ☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin ☑ Creditor  ☐ Other ☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

COMPLAINT PURSUANT TO 11 U.S.C. §506(a) TO DETERMINE THE VALUE OF SECURITY AND TO AVOID LIEN OF DEFENDANT

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☒ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

FORM B104 (08/07), page 2                                              2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br><br>William and Leah Morante | | BANKRUPTCY CASE NO.<br><br>LA 09-33891-EC |
| DISTRICT IN WHICH CASE IS PENDING<br><br>Central District of California | DIVISIONAL OFFICE<br><br>Los Angeles | NAME OF JUDGE<br><br>Ellen Carroll |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>*Bridget Kelly* | | |
| DATE<br><br>9/26/09 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>Bridget Kelly | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

TODD B. BECKER, ESQ. SBN 127567
JAMES REES, ESQ. SBN 59897
LAW OFFICES OF TODD B. BECKER
3750 E. ANAHEIM ST., SUITE 100
LONG BEACH, CA 90804
TEL: (562) 495-1500
FAX: (562) 494-8904

*Attorney for Plaintiff*

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

   William and Leah Morante

                                                          Debtor.

CHAPTER  13

CASE NUMBER  LA 09-33891-EC

ADVERSARY NUMBER

William and Leah Morante

                                            Plaintiff(s),

                          vs.

Select Portfolio Servicing, Inc.

                                           Defendant(s).

*(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*

## SUMMONS AND NOTICE OF
## STATUS CONFERENCE

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you.  If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint.  You must also send a copy of your written response to the party shown in the upper left-hand corner of this page.  Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: | Time: | Courtroom: | Floor: |
|---|---|---|---|

☒  **255 East Temple Street, Los Angeles**          ☐  **411 West Fourth Street, Santa Ana**

☐  **21041 Burbank Boulevard, Woodland Hills**       ☐  **1415 State Street, Santa Barbara**

☐  **3420 Twelfth Street, Riverside**

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference.  Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval.  The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

By: _____
                    *Deputy Clerk*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009 (COA-SA)*

# F 7004-1

TODD B. BECKER, ESQ. SBN 127567
JAMES REES, ESQ. SBN 59897
LAW OFFICES OF TODD B. BECKER
3750 E. ANAHEIM ST., SUITE 100
LONG BEACH, CA 90804
TEL: (562) 495-1500
FAX: (562) 494-8904

Attorneys for Debtors/Plaintiffs

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>WILLIAM MORANTE,<br><br>LEAH MORANTE,<br><br>    Debtors<br><br>------------------------------<br><br>WILLIAM MORANTE,<br><br>LEAH MORANTE,<br><br>    Plaintiffs,<br><br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>    Defendant. | **Case No.: LA 09-33891-EC**<br><br>Chapter 13<br><br>A.P. No.:<br><br><br>**DEBTORS' COMPLAINT PURSUANT TO 11 U.S.C. §506(a) TO DETERMINE THE VALUE OF SECURITY AND TO AVOID LIEN OF DEFENDANT** |

Plaintiffs, by their attorneys, for their complaint against Defendant Select Portfolio Servicing, Inc. ("Defendant"), allege on information and belief, as follows:

### SUMMARY OF COMPLAINT

1.     This is an adversary proceeding brought by Debtors/Plaintiffs WILLIAM MORANTE and LEAH MORANTE ("Plaintiffs") pursuant to 11 U.S.C. §506(a) to determine the value of security and to avoid lien of Defendant.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §1334(b), as a civil proceeding arising under and related to the above-captioned Chapter 13 case under title 11 of the Bankruptcy Code, 28 U.S.C. §157.

3.      This is a core proceeding under 28 U.S.C. §157(b) and Rule 7001.

4.      Venue is proper in this district pursuant to 28 U.S.C. §1409(a) because this proceeding arises under title 11 and is related to a case under title 11 that is pending in this district.

## GENERAL ALLEGATIONS

5.      Plaintiffs filed this bankruptcy case on September 4, 2009 seeking protection under Chapter 13 of Title 11 of the United States Code.

6.      Plaintiffs own and occupy real property located at 20414 Belshire Avenue, Lakewood, CA 90715-1604 ("Property").

7.      As of the date of the filing of the Chapter 13 bankruptcy case herein, the Property had a fair market value of approximately $365,000.00 based on an appraisal report dated June 11, 2009. (A true and correct copy of the appraisal by Paul Hostert is attached hereto as Exhibit "A".)

8.      The schedules filed with the petition in this case list a debt in favor of Litton Loan Servicing for the first deed of trust on the Property as a secured claim. They also list a debt in favor of Select Portfolio Servicing, Inc. for the second deed of trust on the Property. (A true and correct copy of Debtors' Schedule D is attached hereto as Exhibit "B.")

9.      As of the date of filing of the case, the balances owing under the above trust deeds are in the respective amounts of $376,840.77 and $125,830.85. (A true and correct copy of mortgage statements is attached hereto as Exhibit "C.")

10.     There is no equity in the Property and therefore Defendant has no secured interest for the loan secured by the second deed of trust on the Property.

11.     Pursuant to 11 U.S.C. §506(a), the second loan with Select Portfolio Servicing, Inc., secured by a second deed of trust against Plaintiffs' property, is an unsecured claim.

12.     Any claim filed for the second mortgage loan is therefore allowable only as an unsecured claim.


WHEREFORE the Plaintiffs pray that:

1.      The Court determine that Defendant Select Portfolio Servicing, Inc. has no secured interest for the loan secured by the second deed of trust on the Property of Plaintiffs;

2.      The Court order that the second deed of trust holder does not possess a secured claim and the second trust deed has no legal force and effect as an encumbrance on the property; and

3.      The Court order that neither the second trust deed holder, its successors nor assignees, has any right to foreclose upon the Property facially subject to the second trust deed.


Dated: 09/26/2009                           Law Office of Todd B. Becker


                                            Bridget Kelly, Esq.
                                            Attorneys for Debtors/Plaintiffs

## DECLARATION OF WILLIAM AND LEAH MORANTE

We, William and Leah Morante, say and declare.

1.    We are over the age of 18 and if called as witnesses could testify competently to the following facts, which are all within our own personal knowledge, except for matters stated on the basis of information and belief, and as to such matters, we believe them to be true.

2.    We are the debtors and moving party in the herein Chapter 13 bankruptcy.

3.    We own and occupy as our only residence the single family residence located at 20414 Belshire Avenue, Lakewood, CA 90715-1604.

4.    We commissioned an appraisal of the above real property, and a true and correct copy of the resulting 'Uniform Residential Appraisal Report' is appended hereto as Exhibit "A" and incorporated herein by this reference as though set forth in full.

5.    The appraisal was performed by Paul Hostert, a real estate appraiser duly licensed by the State of California.

6.    In pertinent part, under 'Sales Comparison Approach,' the Appraisal provides an "Indicated Value by Sales Comparison Approach $365,000.00."

7.    Litton Loan Servicing is the first trust deed holder and Select Portfolio Servicing, Inc. is the second trust deed holder.

8.    The current balances owing under the above trust deeds are in the respective amounts of $376,840.77 and $125,830.85.  (Exhibit C)

9.    Due to the nationwide decline in real estate property values, loan-to-value ratios have been altered, and this is true of the subject property as well.

10.    As demonstrated by comparison of the current fair market value of our property in contrast to the trust deeds securing promissory notes thereon, there is no value whatever securing the $108,535.69 second trust deed.

11.    For that reason, we have moved for an order that the above second trust deed lien as an encumbrance on our above residence.

1    We certify under penalty of perjury under the laws of the United States that the foregoing is true

2    and correct. Executed on 9/25/, 2009 at Long Beach, California.

3

4

5    William Morante

6

7

8    Leah Morante

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **TODD B. BECKER, ESQ., SBN 127567**
   **BRIDGET KELLY, ESQ., SBN 256197**
2  **LAW OFFICES OF TODD B. BECKER**
   **3750 E. ANAHEIM ST.**
3  **SUITE 100**
   **LONG BEACH, CA 90804**
4  **Tel. (562) 495-1500**
   **Fax (562) 494-8904**
5
   **Attorneys for Debtors**
6

7
                    **UNITED STATES BANKRUPTCY COURT**
8
              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
9

10 IN RE:                              )   Case No. LA 09-33891-EC
                                       )
11 WILLIAM AND LEAH MORANTE            )   Chapter 13
                    Debtors.           )
12 _____)       ADV No.
   WILLIAM AND LEAH MORANTE            )
13                                     )   **DECLARATION OF APPRAISER**
                    Plaintiffs         )   **PAUL HOSTERT**
14                                     )
                VS                     )
15                                     )
   SELECT PORTFOLIO SERVICING, INC.    )
16                                     )
                    Defendant          )
17 _____)
                                       )
18                                     )
                                       )
19

20              <u>DECLARATION OF PAUL HOSTERT</u>

21     I, Paul Hostert, declare:

22     1.    I am over the age of 18 and not a party to this action. All of the following facts are

23 known to me to be true of my own personal knowledge, except for those matters stated on the basis of

24 information and belief, and as to those matters I believe them to be true.

25     2.    I am duly licensed and in good standing with the State of California as a real estate

26 appraiser, and as such possess the necessary background, training, experience and credentials to express

27 an opinion as to the fair market value of residential and commercial real estate.

28

3.     I was commissioned to appraise that certain single family residence located at 20414 Belshire Avenue, Lakewood, CA 90715-1604 ("the Property"), owned by William and Leah Morante, husband and wife. I duly performed such appraisal in accordance with the generally accepted standards for conducting appraisals as specified by the State of California for licensed appraisers.

4.     A true and correct copy of my appraisal ("the Appraisal") of the above Property is appended hereto as Exhibit "A" and incorporated herein by this reference as though fully set forth.

5.     The Appraisal describes in detail all the actions I took and all the materials I reviewed in making a determination of the estimated current fair market value of the Property, and details the basis of my calculation thereof. Accordingly, the Appraisal provides an adequate factual foundation and sets forth the bases for my opinion as to the Property's estimated current fair market value.

6.     I hereby adopt as true, correct and accurate all the statements in the aforesaid Appraisal, including without limitation all the facts set forth and the opinions stated in the Appraisal.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September   , 2009 at Fullerton, California.

Paul Hostert

2

Exhibit A

# Uniform Residential Appraisal Report

File # /Artesia - Norwalk Blvd - 2

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | | | |
|---|---|---|---|
| Property Address 17804 Norwalk Blvd | City Artesia | State Ca | Zip Code 90701 |
| Borrower Morante | Owner of Public Record Morante | | County Los Angeles |

Legal Description    Tract # 5409 That Part Ex Of St W Of Tract #26177 Of S 57 Ft Of Lot 9

| | | |
|---|---|---|
| Assessor's Parcel # 7025-021-046 | Tax Year 2008 | R.E. Taxes $ 7,449 |
| Neighborhood Name N/A | Map Reference 766J1 | Census Tract 5548.02 |

Occupant ☒ Owner ☐ Tenant ☐ Vacant    Special Assessments $ N/A    ☐ PUD    HOA $ N/A ☐ per year ☐ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Legal Use
Lender/Client Todd Becker    Address 3750 East Anaheim #100, Long Beach, CA 90804
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s).    NDCData, Assessor, and MLS.    Latest data on file in vendor data base.

**CONTRACT**

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $    Date of Contract    Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE $ (000) | AGE (yrs) | One-Unit | 80 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | | | 2-4 Unit | 10 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 200 Low | 10 | Multi-Family | % |
| Neighborhood Boundaries    Bounded on the north by 91 Freeway; on the east by Bloomfield Road; on the | | | | | | 500 High | 95 | Commercial | 10 % |
| south by Del Amo Blvd; on the west by 605 Freeway. | | | | | | 350 Pred. | 50 | Other | % |

Neighborhood Description    Close to employment centers in the central and southern sections of Los Angeles County and northern and central Orange county. Close to shopping and the regional malls. Close to ocean beaches, regional parks and recreation facilities. Homes and condos in the area vary in size, style, and design. There is limited public transportation. Average police and fire protection. Average school system.
Market Conditions (including support for the above conclusions)    Lower market values in the area due to a decline in sales and an increase of available homes on the  "FOR SALE" real estate market.

**SITE**

| | | | |
|---|---|---|---|
| Dimensions 57' X 120' +/-  s/f | Area 6,840 s/f | Shape Rectangular | View None |

Specific Zoning Classification Atr 16000*    Zoning Description Single Family Residential
Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water | ☒ | ☐ | Street Asphalt | ☒ | ☐ |
| Gas | ☒ | ☐ | Sanitary Sewer | ☒ | ☐ | Alley N/A | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone X500    FEMA Map # 060097-1980-F    FEMA Map Date 09-26-2008
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
No encroachment or adverse easements noted at time of inspection.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☐ Concrete Slab ☒ Crawl Space | | Foundation Walls | Concrete/Avg | Floors | Cpt, Tile / Avg |
| # of Stories 1 | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls | Stucco/Wood/Avg | Walls | Sheetrock/Avg |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area N/A sq.ft. | | Roof Surface | Comp/Avg | Trim/Finish | Wood/Paint / Avg |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish N/A % | | Gutters & Downspouts | Appear Adeq/Avg | Bath Floor | Tile/Avg |
| Design (Style) Contemp. | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | Alum Sldg/Avg | Bath Wainscot | Tile/Avg |
| Year Built 1917 | | Evidence of ☐ Infestation | | Storm Sash/Insulated | None/Per Code | Car Storage | None |
| Effective Age (Yrs) 12 yrs | | ☐ Dampness ☐ Settlement | | Screens | None / Wire | ☒ Driveway | # of Cars 2 |
| Attic ☒ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | ☐ Woodstove(s) # | Driveway Surface | Concrete |
| ☐ Drop Stair ☐ Stairs | | ☐ Other | Fuel Gas | Fireplace(s) # | ☒ Fence Iron | ☐ Garage | # of Cars 2 |
| ☐ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☐ Patio/Deck | ☐ Porch | ☐ Carport | # of Cars |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Pool | ☐ Other | ☐ Att. ☒ Det. | ☐ Built-in |

Appliances ☐ Refrigerator ☒ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)
Finished area above grade contains:    5 Rooms    3 Bedrooms    2 Bath(s)    1,260 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.).    Interior Laundry and Hardwood Cabinets.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    The subject  appears to be in average repair with no known physical, functional or external problems.  Built prior to 1978.  possibility that lead based paint may be present.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

| | | |
|---|---|---|
| Freddie Mac Form 70 March 2005 | Page 1 of 6 | Fannie Mae Form 1004 March 2005 |

# Uniform Residential Appraisal Report

File # /Artesia - Norwalk Blvd - 2

There are   8   comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 300,000   to $ 450,000   .
There are   7   comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 275,000   to $ 395,000   .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 17804 Norwalk Blvd<br>Artesia, Ca 90701 | 17826 Thornlake Ave<br>Artesia, Ca 90701 | | 18517 Horst Ave<br>Artesia, Ca 90701 | | 12131 Koudekerk St<br>Artesia, Ca 90701 | |
| Proximity to Subject | | 0.06 miles E | | 0.39 miles SW | | 0.14 miles NW | |
| Sale Price | $ | $ | 385,000 | $ | 367,000 | $ | 395,000 |
| Sale Price/Gross Liv. Area | $        sq.ft. | $ 282.05 sq.ft. | | $ 254.16 sq.ft. | | $ 327.80 sq.ft. | |
| Data Source(s) | | Realist / Assessor / NDCData | | Realist / Assessor / NDCData | | Realist / Assessor / NDCData | |
| Verification Source(s) | | APN:7025-021-026 | | APN:7040-006-014 | | APN:7033-014-018 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | Conventional Doc09-712168 | | Conventional Doc09-647254 | | Conventional Doc09-558035 | |
| Date of Sale/Time | | 05/14/2009 | | 05/04/2009 | | 04/17/2009 | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 6,840 s/f | 5,000 s/f | 0 | 5,400 s/f | 0 | 5,000 s/f | 0 |
| View | None | None | | None | | None | |
| Design (Style) | Contemp. | Contemp | | Contemp | | Contemp | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 37 yrs | 48 yrs | 0 | 47 yrs | 0 | 48 yrs | 0 |
| Condition | Average | Average (+) | -20,000 | Average (+) | 0 | Average (+) | -20,000 |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths |
| Room Count | 5 | 3 | 2 | 6 | 3 | 2 | 0 | 6 | 3 | 2 | 0 | 5 | 3 | 2 | 0 |
| Gross Living Area | 1,260 sq.ft. | 1,365 sq.ft. | 0 | 1,444 sq.ft. | -9,200 | 1,205 sq.ft. | 0 |
| Basement & Finished | N/A | N/A | | N/A | | N/A | |
| Rooms Below Grade | N/A | N/A | | N/A | | N/A | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/CAC | FAU/CAC | 0 | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | 2 Car Garage | 2 - Garage | | 2 - Garage | | 2 Car Garage | |
| Porch/Patio/Deck | Patio | Patio | | Patio | | Patio | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -20,000 | ☐ + ☒ - | $ -9,200 | ☐ + ☒ - | $ -20,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 5.2 %<br>Gross Adj. 5.2 % | $ 365,000 | Net Adj. 2.5 %<br>Gross Adj. 2.5 % | $ 357,800 | Net Adj. 5.1 %<br>Gross Adj. 5.1 % | $ 375,000 |

I ☒ did   ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did   ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   Assessor, NDCData, and MLS
My research   ☐ did  ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   /Realist /  NDCData, / MLS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 04/14/2006  Doc# 823416 | 01/16/2007  Doc#77608 | 04/02/1996  Doc#527246 | 07/31/2007  Doc1800902 |
| Price of Prior Sale/Transfer | 635,000 | 630,000 | Unknown | 575,000 |
| Data Source(s) | Tempo / NDC / Assessor | Tempo / NDC / Assessor | Tempo / NDC / Assessor | Tempo / NDC / Assessor |
| Effective Date of Data Source(s) | 06/08/2009 | 06/08/2009 | 06/08/2009 | 06/08/2009 |

Analysis of prior sale or transfer history of the subject property and comparable sales   See Adjustments and Analysis on Page 3 of Appraisal.

Summary of Sales Comparison Approach   See Adjustments and Analysis on Page 3 of Appraisal.

Indicated Value by Sales Comparison Approach $  365,000

Indicated Value by: Sales Comparison Approach $   365,000   Cost Approach (if developed) $         Income Approach (if developed) $
The market approach, due to competitive arms length transactions, has been relied upon to provide an indication of market value.  The cost approach is used to confirm market value of the comps.

This appraisal is made ☒ "as is",   ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,   ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or  ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  This is appraisal is a complete summary appraisal report subject to conditions listed in the report..

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $   365,000   , as of   06/09/2009   , which is the date of inspection and the effective date of this appraisal.

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # /Artesia - Norwalk Blvd - 2

## COMMENTS AND ANALYSIS:

Condition adjustment at $20,000 per categorie, Average (-), Average, Average (+), and Good).

GLA adjustment at $50 per sq ft.

Age adjustment on comp 5 of $500 per year.

No age adjustment on other comps  All have the same economic age.  Older comps appear to have been upgraded.

No site adjustment, all considered equal in value due to code set back and buildable area.

Comp 5 was an REO sale at below market price and is adjusted accordingly.

Net & gross adjustments as shown.

**ADDITIONAL COMMENTS**

The intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value. No additional intended users are identified by the appraiser.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

**COST APPROACH**

| | |
|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE ............................................... =$ |
| Source of cost data | DWELLING               Sq.Ft. @ $ ............ =$ |
| Quality rating from cost service       Effective date of cost data | Sq.Ft. @ $ ............ =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | ............ =$ |
| | Garage/Carport         Sq.Ft. @ $ ............ =$ |
| | Total Estimate of Cost-New ............ =$ |
| | Less     Physical     Functional     External |
| | Depreciation                              =$(              ) |
| | Depreciated Cost of Improvements ............ =$ |
| | "As-is" Value of Site Improvements ............ =$ |
| Estimated Remaining Economic Life (HUD and VA only)       Years | INDICATED VALUE BY COST APPROACH ............ =$ |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

**INCOME**

Estimated Monthly Market Rent $                X Gross Rent Multiplier                 = $                Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

**PUD INFORMATION**

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes   ☐ No   Unit type(s)   ☐ Detached   ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?   ☐ Yes   ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?   ☐ Yes   ☐ No   ☐ Data Source

Are the units, common elements, and recreation facilities complete?   ☐ Yes   ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes   ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

# Uniform Residential Appraisal Report

File # /Artesia - Norwalk Blvd - 2

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:**  The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:**  The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:**  The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:**  The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1.  The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2.  The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3.  The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4.  The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5.  The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6.  The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

# Uniform Residential Appraisal Report

File # /Artesia - Norwalk Blvd - 2

**APPRAISER'S CERTIFICATION:**   The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

---

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # /Artesia - Norwalk Blvd - 2

21.  The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22.  I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23.  The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25.  Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**  The Supervisory Appraiser certifies and agrees that:

1.  I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2.  I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3.  The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4.  This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Paul Hostert | Name |
| Company Name | Company Name |
| Company Address   2208 El Rancho Vista, Fullerton, Ca 92833 | Company Address |
| Telephone Number   (714) 870-1583 | Telephone Number |
| Email Address | Email Address |
| Date of Signature and Report   June 11, 2009 | Date of Signature   July 29, 2005 |
| Effective Date of Appraisal   06/09/2009 | State Certification # |
| State Certification #   AG019208 | or State License # |
| or State License # | State |
| or Other (describe)                State # | Expiration Date of Certification or License |
| State  Calif | |
| Expiration Date of Certification or License   03/12/2010 | **SUBJECT PROPERTY** |
| | ☐ Did not inspect subject property |
| **ADDRESS OF PROPERTY APPRAISED** | ☐ Did inspect exterior of subject property from street |
| 17804 Norwalk Blvd | Date of Inspection |
| Artesia, Ca 90701 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $   365,000 | Date of Inspection |
| **LENDER/CLIENT** | |
| Name  Todd Becker | **COMPARABLE SALES** |
| Company Name   Todd Becker | |
| Company Address   3750 East Anaheim  #100, Long Beach, CA 90804 | ☐ Did not inspect exterior of comparable sales from street |
| Email Address   becker@toddbeckerlaw.com | ☐ Did inspect exterior of comparable sales from street |
| | Date of Inspection |

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # /Artesia - Norwalk Blvd - 2

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address  17804 Norwalk Blvd | | 17617 Ibex Ave | | 18745 Jersey Ave | | | |
| Artesia, Ca 90701 | | Artesia, Ca 90701 | | Artesia, Ca 90701 | | | |
| Proximity to Subject | | 0.18 miles NW | | 0.96 miles SW | | | |
| Sale Price | $ | $ | 340,000 | $ | 322,000 | $ | |
| Sale Price/Gross Liv. Area | $        sq.ft. | $ 282.16 sq.ft. | | $ 238.87 sq.ft. | | $        sq.ft. | |
| Data Source(s) | | Realist / Assessor / NDCData | | Realist / Assessor / NDCData | | | |
| Verification Source(s) | | APN:7033-013-036 | | APN:7039-018-025 | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Conventional | | Conventional | | | |
| Concessions | | Doc09-569234 | | Doc09-632635 | | | |
| Date of Sale/Time | | 04/20/2009 | | 04/30/2009 | | | |
| Location | Average | Average | | Average | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 6,840 s/f | 5,192 s/f | 0 | 5,300 s/f | 0 | | |
| View | None | None | | None | | | |
| Design (Style) | Contemp. | Contemp | | Contemp | | | |
| Quality of Construction | Average | Average | | Average | | | |
| Actual Age | 37 yrs | 48 yrs | 0 | 53 yrs | +8,000 | | |
| Condition | Average | Average (-) | +20,000 | Average | 0 | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 5   3   2 | 5   3   2 | 0 | 5   3   2 | 0 | | |
| Gross Living Area | 1,260 sq.ft. | 1,205 sq.ft. | 0 | 1,348 sq.ft. | 0 | sq.ft. | |
| Basement & Finished | N/A | N/A | | N/A | | | |
| Rooms Below Grade | N/A | N/A | | N/A | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | | |
| Energy Efficient Items | Typical | Typical | | Typical | | | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 - Garage | | | |
| Porch/Patio/Deck | Patio | Patio | | Patio | | | |
| | | | | REO Sale | +35,000 | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ +  ☐ -  $ | 20,000 | ☒ +  ☐ -  $ | 43,000 | ☐ +  ☐ -  $ | |
| Adjusted Sale Price | | Net Adj.    5.9  % | | Net Adj.   13.4  % | | Net Adj.       % | $ |
| of Comparables | | Gross Adj.  5.9  % $ | 360,000 | Gross Adj.  13.4  % $ | 365,000 | Gross Adj.     % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 04/14/2006  Doc# 823416 | 03/08/2007  Doc#508523 | 08/01/2005  Doc#1820109 | |
| Price of Prior Sale/Transfer | 635,000 | 535,000 | 550,000 | |
| Data Source(s) | Tempo / NDC / Assessor | Tempo / NDC / Assessor | Tempo / NDC / Assessor | |
| Effective Date of Data Source(s) | 06/08/2009 | 06/08/2009 | 06/08/2009 | |

Analysis of prior sale or transfer history of the subject property and comparable sales       See page 3 of appraisal for comments and analysis.

Analysis/Comments       See page 3 of appraisal for comments and history.

SALES COMPARISON APPROACH

SALE HISTORY

ANALYSIS / COMMENTS

## Subject Photo Page

| Borrower/Client | Morante | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 17804 Norwalk Blvd | | | | | |
| City | Artesia | County | Los Angeles | State | Ca | Zip Code  90701 |
| Lender | Todd Becker | | | | | |



### Subject Front

| | |
|---|---|
| 17804 Norwalk Blvd | |
| Sales Price | |
| Gross Living Area | 1,260 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Average |
| View | None |
| Site | 6,840 s/f |
| Quality | Average |
| Age | 37 yrs |



### Subject Rear



### Subject Street

## Subject Photo Page

| Borrower/Client | Morante | | | | |
|---|---|---|---|---|---|
| Property Address | 17804 Norwalk Blvd | | | | |
| City | Artesia | County | Los Angeles | State Ca | Zip Code 90701 |
| Lender | Todd Becker | | | | |



### Subject Garage

| | |
|---|---|
| 17804 Norwalk Blvd | |
| Sales Price | |
| Gross Living Area | 1,260 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Average |
| View | None |
| Site | 6,840 s/f |
| Quality | Average |
| Age | 37 yrs |



### Subject Kitchen





### Subject Bed Room

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | Morante |
| Property Address | 17804 Norwalk Blvd |
| City | Artesia | County | Los Angeles | State | Ca | Zip Code | 90701 |
| Lender | Todd Becker |



### Comparable 1

17826 Thornlake Ave

| | |
|---|---|
| Prox. to Subject | 0.06 miles E |
| Sales Price | 385,000 |
| Gross Living Area | 1,365 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Average |
| View | None |
| Site | 5,000 s/f |
| Quality | Average |
| Age | 48 yrs |



### Comparable 2

18517 Horst Ave

| | |
|---|---|
| Prox. to Subject | 0.39 miles SW |
| Sales Price | 367,000 |
| Gross Living Area | 1,444 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Average |
| View | None |
| Site | 5,400 s/f |
| Quality | Average |
| Age | 47 yrs |



### Comparable 3

12131 Koudekerk St

| | |
|---|---|
| Prox. to Subject | 0.14 miles NW |
| Sales Price | 395,000 |
| Gross Living Area | 1,205 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Average |
| View | None |
| Site | 5,000 s/f |
| Quality | Average |
| Age | 48 yrs |

## Comparable Photo Page

| Borrower/Client | Morante | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 17804 Norwalk Blvd | | | | | |
| City | Artesia | County | Los Angeles | State | Ca | Zip Code  90701 |
| Lender | Todd Becker | | | | | |



### Comparable  4

17617 Ibex Ave

| | |
|---|---|
| Prox. to Subject | 0.18 miles NW |
| Sales Price | 340,000 |
| Gross Living Area | 1,205 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Average |
| View | None |
| Site | 5,192 s/f |
| Quality | Average |
| Age | 48 yrs |



### Comparable  5

18745 Jersey Ave

| | |
|---|---|
| Prox. to Subject | 0.96 miles SW |
| Sales Price | 322,000 |
| Gross Living Area | 1,348 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Average |
| View | None |
| Site | 5,300 s/f |
| Quality | Average |
| Age | 53 yrs |

### Comparable  6

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

**Building Sketch**

| | |
|---|---|
| Borrower/Client | Morante |
| Property Address | 17804 Norwalk Blvd |
| City | Artesia | County | Los Angeles | State | Ca | Zip Code | 90701 |
| Lender | Todd Becker |



Area Calculations Summary

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1260 Sq ft | | 60 × 21 = 1260 |
| **Total Living Area (Rounded):** | **1260 Sq ft** | | |
| Non-living Area | | | |
| 2 Car Detached | 400 Sq ft | | 20 × 20 = 400 |

Form SKT.BldSkl — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Plat Map**

| Borrower/Client | Morante | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 17804 Norwalk Blvd | | | | | |
| City | Artesia | County | Los Angeles | State | Ca | Zip Code | 90701 |
| Lender | Todd Becker | | | | | |



# Location Map

| Borrower/Client | Morante | | | | |
|---|---|---|---|---|---|
| Property Address | 17804 Norwalk Blvd | | | | |
| City | Artesia | County | Los Angeles | State Ca | Zip Code 90701 |
| Lender | Todd Becker | | | | |



Exhibit B

In B6D - (12/07)                                                            2007 USBC, Central District of California

| In re | William B Morante | | Case No.: | |
|---|---|---|---|---|
| | Leah Marie P Morante | Debtors. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.   xxxx 6210<br>GEMB Financing<br>3353 Michelson Drive, 2nd Floor<br>Irvine, CA 92612 | | H | 07/13/2007<br>Security Agreement<br>2007 Yamaha R6<br><br>Value $13,000.00 | | | | 13,702.00 | 0.00 |
| Last four digits of ACCOUNT NO.   7025-021-046<br>LA County Treasurer & Tax Collector<br>225 N. Hill St<br>Los Angeles, CA 90012-2798 | | J | 07/01/2008<br>Statutory Lien<br>Residence<br>20414 Belshire Avenue<br>Lakewood, CA 90715<br><br>Value $365,000.00 | | | | 9,000.00 | 0.00 |
| Last four digits of ACCOUNT NO.   xxxx 1977<br>Litton Loan Service<br>P.O. Box 4387<br>Houston, TX 77210-4387 | | J | 04/01/2006<br>First Lien on Residence<br>Residence<br>20414 Belshire Avenue<br>Lakewood, CA 90715<br><br>Value $365,000.00 | | | | 376,840.77 | 0.00 |
| Last four digits of ACCOUNT NO.   xxxx 0406<br>Select Portfolio Servicing<br>P.O. Box 65450<br>Salt Lake City, UT 84165-0450 | | J | 04/01/2006<br>Second Lien on Residence<br>Residence<br>20414 Belshire Avenue<br>Lakewood, CA 90715<br><br>Value $365,000.00 | | | | 137,728.79 | 137,728.79 |
| Last four digits of ACCOUNT NO.   xxxx 9001<br>Wells Fargo<br>PO Box 60510<br>Los Angeles, CA 90060-0510 | | H | 4/1/2009<br>Security Agreement<br>2004 Hummer H2<br><br>Value $15,000.00 | | | | 26,000.00 | 0.00 |

2 continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) ➤ | $ 563,271.56 | $ 137,728.79 |
| Total<br>(Use only on last page) ➤ | $ - | $ - |
| | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D - (12/07)                                                                    2007 USBC, Central District of California

re   William Morante                         Debtor.        Case No.:
     Leah Marie Morante                                                        (If known)

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. XXXX 7565<br><br>Toyota Financial Services<br>PO Box 60114<br>City of Industry, CA 91716-0114 | | J | 09/01/2007<br>Security Agreement<br>2008 Toyota Scion (this is father's car – he pays for it)<br>Value $14,150.00 | | | | 14,841.00 | |

continuation sheets attached

|  | | |
|---|---|---|
| Subtotal (Total of this page) ▷ | $ 14,841.00 | $ 0.00 |
| Total (Use only on last page) | $ 578,112.56 | $ 137,728.79 |
| | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Exhibit C



**™ Litton** Loan Servicing

SEND PAYMENTS TO:
P.O. Box 4387
Houston, TX 77210-4387
**www.littonloan.com**

# BILL STATEMENT

| | |
|---|---|
| STATEMENT DATE | 02/12/2009 |
| LOAN NUMBER | |
| **CONTRACTUAL DUE DATE** | **03/01/2009** |

PROPERTY ADDRESS:   17804 Norwalk Boulevard
Artesia CA 90701

| | |
|---|---|
| PRINCIPAL AND INTEREST | 2,573.67 |
| ESCROW AMOUNT | 0.00 |
| ADDITIONAL AMOUNT REQUIRED | 0.00 |
| MISCELLANEOUS | |
| **TOTAL MONTHLY PAYMENT** | **2,573.67** |
| LATE CHARGES DUE | 0.00 |
| OTHER FEES DUE | 2,982.27 |

62317-143851-029
WILLIAM MORANTE
LEAH MORANTE
20414 BELSHIRE AVE
LAKEWOOD CA  90715-1604

## PAYMENT OPTIONS

**Pay Online**
www.littonloan.com
Go to "Make a Payment"

**Pay By Mail**
P.O. Box 4387
Houston, TX 77210-4387

**Pay By Phone**
(800) 999-8501
Press Option 3

**Western Union**
Code City:   Litton
Code State:   Texas

## LOAN INFORMATION

| | |
|---|---|
| *PRINCIPAL BALANCE | 376,840.77 |
| ESCROW BALANCE | -961.51 |
| SUSPENSE BALANCE | 0.00 |
| CURRENT INTEREST RATE | 6.9900 |

* This is not a payoff balance.

Refer to back of statement for additional information.

This in an attempt to collect your debt and any information obtained will be used for that purpose.

## TRANSACTIONS SINCE LAST STATEMENT

| TRANSACTION DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | ESCROW | SUSPENSE / FEE OTHER |
|---|---|---|---|---|---|---|
| 01/23/09 | LENDER PLACED INS RE | 2,188.00 | 0.00 | 0.00 | 2,188.00 | 0.00 |
| 02/06/09 | FEE ASSESSMENT | 11.00 | 0.00 | 0.00 | 0.00 | 11.00 |
| 02/06/09 | CORPORATE FEE PAYMEN | 11.00 | 0.00 | 0.00 | 0.00 | 11.00 |
| 02/06/09 | PAYMENT | 2,573.67 | 376.38 | 2,197.29 | 0.00 | 0.00 |

## IMPORTANT MESSAGES

474-2048-1208F

# S P S  SELECT Portfolio SERVICING, inc.

P.O. Box 65250, Salt Lake City, UT 84165-0250

**Customer Service**  **1-800-258-8602**
Monday - Friday          7:00AM - 8:00PM ET
Saturday                 8:00AM - 12:00PM ET
For other important contact information see the reverse side

#BWNJXZF
William Morante
Leah Morante
20414 Belshire Ave
Lakewood CA  90715-1604

6669

## MONTHLY MORTGAGE STATEMENT

| | |
|---|---|
| Statement Date: | 02/13/09 |
| Loan Due Date: [2] | 05/01/08 |
| Principal & Interest: | $1,208.49 |
| Taxes & Insurance: | $.00 |
| Regular Monthly Payment: | $1,208.49 |
| Past Due Payments: | $12,084.90 |

| | | |
|---|---|---|
| **A) This Month's Payment:** | | **$13,293.39** |
| **Payment Due Date:** | | **03/01/09** |

| | New This Period | Balance |
|---|---|---|
| Expenses Pd by Servicer [3] | $.00 | $130.55 |
| Late Charges | $.00 | $181.26 |
| Other Fees | $1.17 | $85.80 |

| | |
|---|---|
| **B) Total Additional Amounts Owed** | **$397.61** |
| **C) Total Amount Due** | **$13,691.00** |
| (A plus B = C) | |

## LOAN INFORMATION

**Property Address:**   17804  NORWALK BLVD
                        ARTESIA CA  90701

**Loan Number:** (          urrent Interest Rate: 10.990%

| YTD Interest Paid | YTD Taxes Paid | YTD Principal Paid |
|---|---|---|
| $.00 | $.00 | $.00 |

| Current Principal Balance[1] | Taxes & Insurance |
|---|---|
| $125,830.85 | $.00 |

If you have any questions regarding your loan or this statement, please call 1-800-258-8602.

You can access your automated loan information 24 hours a day or make a payment online by visiting our web site at www.spservicing.com or by calling the Customer Service number shown above.

## ACTIVITY FROM 01/17/09 thru 02/13/09

| Date | Description | Prin Bal | Interest | Taxes & Insurance | Late Charges | Other Fees | Expenses Pd by Servicer | Total |
|---|---|---|---|---|---|---|---|---|
| 01/17 | BEG BALANCE | $125,830.85 | $11,500.33 | $0.00 | $181.26 | $84.63 | $130.55 | $137,727.62 |
| 02/11 | INTEREST ON ADV | 0.00 | 0.00 | 0.00 | 0.00 | 1.17 | 0.00 | 1.17 |
| 02/13 | ENDING BALANCE | $125,830.85 | $11,500.33 | $0.00 | $181.26 | $85.80 | $130.55 | $137,728.79 |

## IMPORTANT MESSAGES

[1]This amount is not a payoff quote.  If you want a payoff quote, please see instructions on reverse side.

Any transactions that occurred after the Statement Date noted above will be reflected on your next statement.

[2]Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

You are hereby notified that this statement is an attempt to collect a debt.  All information obtained will be used for that purpose.

**Your account is now past due.**  There are a number of options available to assist customers who are experiencing difficulty with their payments.  Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding this statement at 1-888-818-6032.

[3]If there is a balance under Expenses Paid By Servicer, it means that we have paid certain expenses on your behalf due to the delinquent status of your account.  You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Per IRS regulations all 2008 year end statements will be mailed no later than February 2, 2009.  Year end information will be available via our automated voice response system on January 5, 2009.  Duplicate year end statements can be obtained from our website www.spservicing.com after February 2, 2009.

PLEASE DETACH AT PERFORATION AND RETURN THIS COUPON WITH PAYMENT

Summons and Notice of Status Conference  - *Page 2*                                    **F 7004-1**

| In re                              (SHORT TITLE) | CASE NO.: LA 09-33891-EC |
|---|---|
| William and Leah Morante                                          Debtor(s). | |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3750 East Anaheim Street, Suite 100
Long Beach, CA 90804

A true and correct copy of the foregoing document described as _Summons and Complaint_____
_____ will be served or was served **(a)** on the judge
in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _9/28/09_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_9/26/09_____        _Bridget Kelly_____        _Bridget Kelly_____
    *Date*                                *Type Name*                              *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009 (COA-SA)*                                                                                            **F 7004-1**

Summons and Notice of Status Conference - *Page 3*                                    **F 7004-1**

| In re                    (SHORT TITLE) | CASE NO.: LA 09-33891-EC |
|---|---|
| William and Leah Morante                          Debtor(s). |  |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Debtor/Plaintiff
William and Leah Morante
20414 Belshire Avenue
Lakewood, CA 90715-1604

Nancy Curry
Chapter 13 Trustee
606 South Olive Street, Suite 950
Los Angeles, CA 90014

US Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

United States Bankruptcy Court
Honorable Ellen Carroll - Suite 1634
255 East Temple Street
Los Angeles, CA 90012

Creditor/Defendant
Via Certified Mail
Select Portfolio Servicing, Inc.
Attn: CEO
3815 S. West Temple
Salt Lake City, UT 84115

Agent for Service of Process
CSC - Lawyers Incorporating Service
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009 (COA-SA)*                                                                          **F 7004-1**