TODD B. BECKER, ESQ. SBN 127567
JAMES REES, ESQ. SBN 59897
LAW OFFICES OF TODD B. BECKER
3750 E. ANAHEIM ST., SUITE 100
LONG BEACH, CA 90804
TEL: (562) 495-1500
FAX: (562) 494-8904

Attorneys for Debtors/Plaintiffs

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>WILLIAM MORANTE,<br><br>LEAH MORANTE,<br><br>　　　　　Debtors<br>------------------------------<br>WILLIAM MORANTE,<br><br>LEAH MORANTE,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING,<br><br>INC.,<br><br>　　　　　Defendant. | **Case No.: LA 09-33891-EC**<br><br>Chapter 13<br><br>A.P. No.:  LA 09-02226-EC<br><br>**DEBTORS' AMENDED COMPLAINT PURSUANT TO 11 U.S.C. §506(a) TO DETERMINE THE VALUE OF SECURITY AND TO AVOID LIEN OF DEFENDANT** |

**TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH PARTY:**

The Complaint filed on September 26, 2009 and served concurrently with this Amended Complaint is hereby amended:

　　1.　Page 2, lines 12-13 should read "property located at 17804 Norwalk Blvd., Artesia, CA 90701…"

　　2.　Page 4, lines 8-9 should read "located at 17804

1

Norwalk Blvd., Artesia, CA 90701."

    3.   Page 2 of the Declaration of Appraiser, lines 1-2 should read "located at 17804 Norwalk Blvd., Artesia, CA 90701…"

Dated: 12/16/2009          Law Office of Todd B. Becker

*Bridget Kelly*
Bridget Kelly, Esq.
Attorneys for Debtors/Plaintiffs

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, Bridget Kelly, declare that I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 3750 E. Anaheim St, Suite 100, Long Beach, California 90804.

On December 16, 2009, I served the following documents in accordance with the Scheduling Order:

**DEBTORS' AMENDED COMPLAINT**

on the interested parties in this action by placing a true copy thereof in envelopes addressed as follows to:
**SEE ATTACHED LIST**

[ X ] BY MAIL
I caused such envelope to be deposited in the mail at Long Beach, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[   ] BY PERSONAL SERVICE
I caused to be delivered by hand to the above-listed addressees or to the addressees on the list attached hereto. A proof of service executed by the delivery person will be mailed under separate cover.

[   ] BY OVERNIGHT MAIL/COURIER
To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.

[   ] BY FACSIMILE ("FAX")
In addition to the manner of proof of service indicated above, a copy was sent by FAX to the above-listed party.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 16, 2009 at Long Beach, California.

*/s/ Bridget Kelly*
Bridget Kelly